UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADOLPHO RIVERA, | : | CIVIL ACTION NO. 3:CV-13-0152 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| MONICA RECKTENWALD, | : | |
| Respondents | : | |

## ORDER

**AND NOW, THIS 9th DAY OF MAY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Petition for Writ of Habeas Corpus, (Doc. 1), is **DENIED**;

2. The Clerk of Court is directed to **CLOSE** this case.

_/s/ William Nealon_
United States District Judge

FILED
SCRANTON

MAY - 9 2014

PER _____ DEPUTY CLERK